928

No. 90–7729. LACY v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 90–380. CONSOLIDATED RAIL CORPORATION v. DELAWARE & HUDSON RAILWAY CO. C. A. 2d Cir. Certiorari denied. JUSTICE WHITE and JUSTICE KENNEDY would grant certiorari.

No. 90–644. LEDBETTER, COMMISSIONER, GEORGIA DEPARTMENT OF HUMAN RESOURCES v. TURNER ET AL. C. A. 11th Cir. Certiorari denied. JUSTICE WHITE and JUSTICE O'CONNOR would grant certiorari.

No. 90–1003. SOUTH DAKOTA v. SPOTTED HORSE. Sup. Ct. S. D. Motion for leave to proceed *in forma pauperis* without an affidavit of indigency executed by respondent granted. Certiorari denied.

No. 90–1280. INSURANCE COMPANY OF PENNSYLVANIA ET AL. v. BEN COOPER, INC. C. A. 2d Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 90–1444. TEXAS v. COX. Ct. App. Tex., 2d Dist. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 90–1462. J. A. JONES CONSTRUCTION CO. v. CITY OF ATLANTA. Sup. Ct. Ga. Certiorari denied. JUSTICE WHITE and JUSTICE MARSHALL would grant certiorari.

No. 90–1464. VOLKSWAGEN OF AMERICA, INC., ET AL. v. ROY ET AL. C. A. 9th Cir. Motion of Product Liability Advisory Council, Inc., for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 90–1494. MISSISSIPPI v. BERRY. Sup. Ct. Miss. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.